JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| DAVID CLEMENTE PEREZ,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>SANDRA HUTCHENS, Sheriff of<br>Orange County, California,<br><br>　　　　Respondent. | NO. SA CV 16-01507-AG (AS)<br><br><br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

　　　DATED:　December 17, 2016.

　　　　　　　　　　　　　　　　　　　　　　　ANDREW GUILFORD
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3